JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>LSB PROPERTY MANAGEMENT, LLC, et al.,<br>　　　Defendants. | CV 19-9607 DSF (MAAx)<br><br>JUDGMENT |

　　　The Court having granted a motion to dismiss the sole claim in the First Amended Complaint for lack of subject matter jurisdiction and having declined supplemental jurisdiction over the second cause of action,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's First Amended Complaint be dismissed with prejudice, that Plaintiff's second cause of action in the original complaint be dismissed without prejudice to filing in state court, and that Defendants recover just costs pursuant to 28 U.S.C. § 1919.

Date: June 22, 2020

　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge